IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF Mississippi
Jackson DIVISION
*(Write the District and Division, if any, of the court in which the complaint is filed.)*

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 11 2017
ARTHUR JOHNSTON
BY ____ DEPUTY

Marcellos Coleman #198681

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

Laura Wright, Derrell Lipsey

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. 3:17cv731-LG-RHW
*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes ☐ No
*(check one)*

NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Marcellos Coleman

All other names by which you have been known:

ID Number: MDOC # 198681

Current Institution: C.M.C.F. 720

Address: P.O. Box 88550
Pearl, MS. 39288-8550

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Laura Wright

Job or Title (if known): Jailer/Deputy

Shield Number:

Employer: Hinds County Sheriff's Dept.

Address: 1450 County Farm Rd.
Raymond, MS. 39154

☑ Individual capacity ☑ Official capacity

Defendant No. 2

Name: Darell Lipsey

Job or Title (if known) Jailer/Deputy

Shield Number

Employer Hinds County Sheriff's Dept.

Address 1450 County Farm Rd.
Raymond, MS. 39154

☒ Individual capacity ☒ Official capacity

Defendant No. 3

Name

Job or Title (if known)

Shield Number

Employer

Address

☐ Individual capacity ☐ Official capacity

Defendant No. 4

Name

Job or Title (if known)

Shield Number

Employer

Address

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

14th Amendment - Due Process, 42 U.S.C.A. 1981 - Equal Rights Under the Law, 42 U.S.C.A. 1985 - Conspiracy to Interfere with Civil Rights

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

n/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* ______________________

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

______________________

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

See Attached Sheets

C. What date and approximate time did the events giving rise to your claim(s) occur?

May 2012 thru Sept 2014

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Attached Sheets

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

See Attached Sheets

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

(1). Grant plaintiff Coleman a declaration that the acts and omissions described herein violated his rights under the Constitution and Laws of the United States.

See Attached Sheet marked Relief

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

- [x] Yes
- [ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

______________________________________________

______________________________________________

______________________________________________

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

- [x] Yes
- [ ] No
- [ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

- [ ] Yes
- [ ] No
- [ ] Do not know

If yes, which claim(s)?

______________________________________________

______________________________________________

______________________________________________

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

- [x] Yes
- [ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

Raymond Detention Center

2. What did you claim in your grievance?

All of my legally prescribed medications were being stolen and sold by the defendants due to my criminal charge that was pending in Hinds County Circuit Court

3. What was the result, if any?

(1). Was told that's too bad, (2) If you can't do the time don't do the crime.(3) We don't need you telling us what to do or how to run this jail

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I filed a formal appeal the best I knew how

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

______________________________

______________________________

______________________________

______________________________

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

______________________________

______________________________

______________________________

______________________________

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I have and kept a hand written copy of my grievance and formal appeal. It's listed as Attachment #1. (I had to get another pre-trial detainee to write it. But I filed it myself

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

n/A
_______________________________________________

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

Plaintiff(s) n/A

Defendant(s) ____________________

2. Court *(if federal court, name the district; if state court, name the county and State)*

n/A

3. Docket or index number

n/A

4. Name of Judge assigned to your case

n/A

5. Approximate date of filing lawsuit

n/A

6. Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. ____________________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

n/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

Plaintiff(s) n/A

Defendant(s) __________

2. Court *(if federal court, name the district; if state court, name the county and State)*

n/A

3. Docket or index number

n/A

4. Name of Judge assigned to your case

n/A

5. Approximate date of filing lawsuit

n/A

6. Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. ____________________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

n/A

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8-24, 2017.

Signature of Plaintiff ____________________
Printed Name of Plaintiff Marcellos Coleman
Prison Identification # 198611
Prison Address C.M.C.F. 720
P.O. Box 88550
City Pearl State MS Zip Code ~~39288~~ 32855-8550

### B. For Attorneys

Date of signing: __________, 20__.

Signature of Attorney n/A
Printed Name of Attorney ____________________
Bar Number ____________________
Name of Law Firm ____________________

In the United States District Court for the Southern District of Mississippi, Jackson Division

Marcellos Coleman Plaintiff

VS Civil Action No: ____

Laura Wright
~~David~~ Lipsey, etcl Defendants
Darrel

## I. Jurisdiction and Venue

(1). This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The Court has jurisdiction under 28 U.S.C. Sections 1331, 1343 (a)(3) and 1367. Plaintiff Marcellos Coleman seeks declatory relief pursuant to 28 U.S.C. Sections 2201 and 2202. Plaintiff Marcellos Coleman's claims for injunctive relief are authorized by 28 U.S.C. Sections 2283 and 2284 and Rule 65 of the Federal Rules of Civil Procedure

(2). The Southern District of Mississippi, Jackson Division is an appropriate venue under 28 U.S.C. Section 1391 (b)(2), because it is where the events giving rise to this claim occurred

## II. Plaintiff

(3). Plaintiff Marcellos Coleman, was at all times mentioned herein a pre-trial detainee at the Raymond Detention Center in Raymond, Mississippi.

## III. Defendants

(4). Laura Wright was a jailer/deputy at the Raymond Detention Center. She was legally responsible for the welfare of pre-trial detainees at the Raymond Detention Center.

(5). David Lipsey was a jailer/deputy at the Raymond Detention Center. He was legally responsible for the welfare of pre-trial detainees at the Raymond Detention Center

(6). Each defendant is sued individually and in their official capacity. At all times mentioned in this Complaint each defendant acted under the color of State Law.

RELIEF (Continued)

(2). Grant Plaintiff compensatory damages in the amount of $ 380,000.00 against each defendant, jointly and severally
(3). Grant Plaintiff punitive damages in the amount of $ 275,000.00 against each defendant, jointly and severally
(4). Grant Plaintiff nominal damages in the amount of $ 1.00 against each defendant
(5). Grant the plaintiff a trial by jury
(6). Allow the plaintiff to freely amend his complaint pursuant to F.R.C.P.
(7). Plaintiff also seeks recovery of all costs and items in this suit
(8). Any additional relief this Honorable Court deems just, proper, and equitable

DATED: 24 August 2017

Marcellus Coleman
Marcellus Coleman
Plaintiff

VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged herein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct

Marcellus Coleman
Marcellus Coleman
Plaintiff